O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER DEMETRIUS FRANK | ) | Case No. CV 09-05202 DDP ✓ |
| | ) | [CR 01-00907 RMT] |
| Petitioner, | ) | |
| | ) | **ORDER REQUIRING RESPONSE TO** |
| v. | ) | **PETITIONER'S MOTION FOR** |
| | ) | **RECONSIDERATION** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Within twenty days of the date of this order, Respondent shall file an opposition, or notice of non-opposition, to Petitioner's "Motion to Reconsider Petitioner's Previous Motion Pursuant to 28 § U.S.C. 2255" (Dkt. No. 32.) Respondent's opposition shall address Petitioner's contention that trial counsel did not possess adequate information upon which to base a trial strategy. The opposition shall not exceed fifteen pages, exclusive of any supporting declarations.

IT IS SO ORDERED.

Dated: June 12, 2012

_[signature]_
DEAN D. PREGERSON
United States District Judge